UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| Jauston Huerta, Durand Randle, Carl Sherb, Thomas Bolton, Jr., Curtis Gillie, Derek Hicks, Individually And On Behalf Of The Present And Future Inmates Of Vigo County Jail, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CAUSE NO. 2:16-cv-397-JMS-DKL |
| GREG EWING, Individually And In His Official Capacity As Sheriff of Vigo County; The VIGO COUNTY COMMISSIONERS: Brad Anderson, Judy Anderson, and Jon Marvel, In Their Official Capacity; The VIGO COUNTY COUNCIL: Mike Morris, Mark D. Bird, Rick Burger, Timothy Curley, Kathy Miller, Ed Ping, and Bill Thomas In Their Official Capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

> In light of Plaintiffs' Amended Motion for Preliminary Injunction, [Filing No. 65], the Court **DENIES AS MOOT** Plaintiffs' Renewed Motion for a Preliminary Injunction Hearing, [Filing No. 47]. The Court may reconsider if necessary.
> JMS, CJ
> August 18, 2017
> Distribution via ECF only to all counsel of record

## PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION HEARING

COME NOW, the plaintiffs by counsel, and respectfully request this court to set this matter for a 3 day hearing as soon as possible so that the plaintiffs may establish sufficient evidence to persuade the Court that a preliminary injunction should issue. In support of this motion the plaintiffs would show the Court as follows: