UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| Jauston Huerta, Durand Randle, Carl Sherb, Thomas Bolton, Jr., Curtis Gillie, Derek Hicks, Individually And On Behalf Of The Present And Future Inmates Of Vigo County Jail, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CAUSE NO. 2:16-cv-397-JMS-DKL |
| GREG EWING, Individually And In His Official Capacity As Sheriff of Vigo County; The VIGO COUNTY COMMISSIONERS: Brad Anderson, Judy Anderson, and Jon Marvel, In Their Official Capacity; The VIGO COUNTY COUNCIL: Mike Morris, Mark D. Bird, Rick Burger, Timothy Curley, Kathy Miller, Ed Ping, and Bill Thomas In Their Official Capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Because Plaintiffs have filed an Amended Motion for Preliminary Injunction, [Filing No. 65], their Motion for Preliminary Injunction, [Filing No. 12], is **DENIED AS MOOT AND WITHOUT PREJUDICE**. JMS, CJ August 18, 2017 Distribution via ECF only to all counsel of record |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Comes now the Plaintiffs, by counsel, and pursuant to Federal Rule of Civil Procedure 65 respectfully move for a preliminary injunction, specifically requesting that this Court enjoin Greg Ewing as the Sheriff of Vigo County, the Vigo County Commissioners, and the Vigo County Council from continuing to overcrowd, underfund, and understaff the Vigo County Jail, and in support thereof, state as follows:

1