UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JAUSTON HUERTA, *et al.*,                    )
                                             )
        Plaintiffs,                          )
                                             )
        v.                                   )        No. 2:16-cv-397-JMS-DKL
                                             )
GREG EWING, *et al.*,                        )
                                             )
        Defendants.                          )

**Declaration of Kenneth J. Whipker**

Kenneth J. Whipker, being duly sworn, says that:

1.      I am an adult resident of the State of Indiana.

2.      I have been employed by the Indiana Department of Correction ("DOC") since April of 2007.

3.      Since November of 2009 I have been employed as Executive Liaison for Sheriff and County Jail Operations for the DOC.

4.      Prior to that, from 2007 to 2009, I served as the DOC's Director of Parole.

5.      I hold a Bachelors in Management from Indiana Wesleyan University and a Masters in Management from Oakland City University.

6.      Prior to working for the DOC I worked in various positions with the Bartholomew County Sheriff's Department from May of 1980 through April of 2007. I served two full terms as the Bartholomew County Sheriff.  I also served as Chief Deputy for the Department as well as Jail Supervisor and Jail Commander.

7.     I was in the United States Air Force from 1976-1980 and was in the United States Air Force Reserve from 1980 to 1982. I was in the National Guard from 1987 to 2002 and retired with the rank of Command Sergeant Major.

8.     I am a graduate of the FBI National Academy, Class 166, which is an invitation-only training of state, local, county, tribal, military, federal, and international law enforcement agencies held at the FBI campus in Quantico, Virginia.

9.     I have been asked by plaintiffs' counsel in this case to attest to what I have seen in the Vigo County Jail and the problems at the Jail.

10.     I am not charging a fee for this.

11.     I have not authored any publications in the last ten years and I have not testified as an expert in court or in a deposition in the last four years.

12.     In my current position with the DOC I oversee all county jail and detention facility auditing and other related jail operations, while also serving as the DOC's liaison to Indiana's sheriffs.

13.     Among other things I personally inspect, at least annually, Indiana county jails in the southern half of the state, including Vigo County. I supervise another employee, Chance Sweat, who is the inspector for the northern part of Indiana.

14.      In my capacity as liaison I will assist county sheriffs and their staff in identifying, recognizing, and resolving problems so that jails can hopefully meet appropriate standards and can operate in a safe and lawful manner.

15.     When I, and others from my office, inspect Indiana jails, the jails are assessed to determine whether they meet the Indiana county jail standards, which are found at 210 IAC 3-1-1, *et seq.*

16.     These standards are based on standards developed by the American Correctional Association and the county jail standards are designed to insure that Indiana jails meet basic minimum requirements.

17.     The inspections are a lengthy process. I will physically tour the Jail. I will talk to prisoners.  I will also inspect relevant documents as set out in the jail inspection reports. And, of course, I will talk to the Sheriff and his or her staff.

18.     I am well aware of the current conditions in the Vigo County Jail. As noted above, I travel to all jails that I inspect at least once a year. However, due to the serious difficulties present at the Vigo County Jail, I visit the Jail more than once a year.

19.     I have had many conversations with the Vigo County Sheriff about the jail.

20.     I have attached to this declaration my jail inspection reports summarizing the inspections I did at the Vigo County Jail in September of 2016 and 2017. As noted, I formally inspect the Jail once a year. I do not fill out the formal report when I make other visits.

21.     The Jail suffers from numerous serious problems.

22.     The Jail is chronically, if not perpetually, overcrowded.

23.     It is important to understand when a Jail is overcrowded. A jail is overcrowded long before it reaches its maximum capacity. That is because it is essential for the safety of prisoners and staff that a jail has sufficient space to classify prisoners. Obviously, there

must be separate correctional space for male and female prisoners. But, there also has to be separate space to separate low-risk from high-risk prisoners as well as prisoners who need to be separated because of personal animosity or because they are co-defendants and the prosecution perceives a need to separate them.  There are also certain offenses, *e.g.*, sex offenses against children, where alleged perpetrators are subject to an increased risk of harm from other prisoners. The Jail must have the flexibility to be able to move prisoners from their initial placement if there are reasons to do so. Having sufficient room in a facility so that these sort of classification decisions can be made is absolutely necessary so that the jail can be operated without excessive risk of harm to prisoners and to the staff who supervise the prisoners.

24.     Therefore, because of the need to be able to effectively classify prisoners, it is a recognized correctional fact that a jail is overcrowded when it is operated at more than 80% of its rated capacity.

25.     There are a total number of 267 operational beds in the Jail. These are permanently installed fixtures used for sleeping.

26.     In my 2017 jail inspection report I noted that the Vigo County Jail "is overcrowded daily."

27.     The Jail exceeds the 80% figure noted above at all times.

28.     Moreover, there are times when, despite the fact that many Vigo County Jail prisoners are placed in other county jails in Indiana, there are nevertheless more than 268 prisoners in the Jail.

29.     Because of a lack of space, the Vigo County Jail's attempt to do the most rudimentary of classification (*e.g.*, separating male and female prisoners) results in prisoners being placed in cell blocks where they do not have beds. Instead, they are given plastic "boats," molded plastic containers that hold a mattress and that sit on the floor.

30.     Having prisoners sleep on the floor is always a serious problem and creates management issues.

31.     By definition, if there are prisoners sleeping on the floor because they do not have a bed, the facility is overcrowded. This type of overcrowding will create tensions among prisoners.  Prisoners on the floor risk being stepped on.  If the plastic boat is placed on the floor in the cell the prisoner is forced to sleep next to the toilet. No one is happy having to sleep in a situation where they are close to toilets. If the prisoner's boat is put in the small area outside the cell where there are tables, the prisoner will interfere with other prisoners wanting to use this area. Either way, this is a recipe for problems.

32.     Indiana's county jail standards specify that in newly constructed jails prisoners in cells are to have at least 35 square feet of space per prisoner. American Correctional Association standards specify that this amount can be 25 square feet if the prisoners are out of their cells if not locked down and confined for more than 10 hours a day. However, the overcrowded conditions at the Jail mean that even this 25 square foot minimum requirement is not met.

33.     Moreover, an overcrowded cell area is much more difficult to supervise and is much more difficult to evacuate in case of an emergency.

34.     An overcrowded jail will put stress on such things as showers, toilets, kitchens, delivery of food, delivery of medical services, affording prisoners recreation—all of which were designed to accommodate a smaller population of prisoners.

35.     Based on my inspections of the Vigo County Jail, and my conversation with the Sheriff and his staff, I have noted numerous problems that arise from the overcrowded conditions at the Jail, its physical structure, and its staffing.

36.     The Vigo County Jail consists of an "old" side, opened in 1980, and a "new" side, opened in 2001.

37.     The "old" part of the Jail is linear in construction. This means there is no central area where Jail staff can observe the prisoners. Instead, Jail staff must travel to each cell area to visually observe prisoners. There are some cameras on the "old" side, but they are not adequate to see everything in the cell area. There are no audio communications with prisoners on the old side. This is not only a violation of Indiana county jail standards, but is a safety concern when combined with the other conditions in the Jail.

38.     A linear jail is extremely staff intensive if prisoners are to be kept safe.

39.     I have discussed staffing issues with Vigo County Jail staff. They readily acknowledge that the Jail is severely understaffed. I am aware that this was the conclusion reached in a formal staffing survey that was done a number of years ago. I am aware from my personal observations that there are not sufficient staff persons to supervise prisoners and to provide basic services in the Vigo County Jail. I have repeatedly noted in my reports that the Jail is understaffed for its rated capacity and total jail operations.  This is an extremely dangerous situation.

40.     The staffing deficiency is exacerbated by the fact that each day staff who would otherwise be able to work in the Vigo County Jail are deployed to transport Vigo County prisoners to other jails in the state as the Vigo County Sheriff struggles to try to control the Jail's population.

41.     Recreation is extremely important in the prison environment. Not only is exercise important from a physical health perspective, but it is important from a mental health perspective as it serves to relieve stress. A minimum of one hour of recreation needs to be offered daily.

42.     I am aware that because of a lack of staff in the Vigo County Jail and because of the population pressures that the Jail is under prisoners are not able to receive regular recreation in the Jail's recreation areas.

43.     As noted above, an overcrowded jail will impose pressure on the physical structures of the Jail.

44.     This is apparent in the Vigo County Jail.

45.     There are insufficient showers and toilets for the population in the Jail.

46.     Lighting is inadequate in the old portion of the Jail. It does not meet the county jail standards that set out minimum foot-candle standards as set out in the Indiana jail standards.

47.     Airflow is substandard in portions of the Jail. This means that air standards are inadequate, which is a health risk.

48.     Reviewing the totality of the conditions in the Jail I have serious concerns about the Jail's safety and the safety of both the prisoners confined there and the employees of

the Jail.   While I have nothing but positive things to say about the Sheriff and his employees who work in the Jail, I am seriously concerned about the day-to-day problems, noted above, that are caused by the Jail's chronic overcrowding, which are exacerbated by the Jail's physical plant and its inadequate staffing. Moreover, I am terribly concerned that if there is an emergency, such as a fire, that requires partial or total evacuation of the Jail that there will be tragedy. Moreover, the inability to properly supervise prisoners, combined with the tensions caused by the overcrowding, means that violence between the prisoners is a constant possibility and if this occurs, it will be difficulty for the Jail staff to immediately respond.

49.     The bottom line is that viewing all the conditions in the Jail — the overpopulation, the aging and inadequate physical structure, and the lack of staff — leads me to conclude that the Vigo County Jail is not currently safe or appropriate and should be replaced.

50.     I have repeatedly recommended in my Vigo County Jail reports that Vigo County conduct a "NIC PONI" study. This is a Planning of New Institution study through the National Institute of Corrections. I have made this recommendation because it is clear to me that a new Jail needs to be constructed to ensure the safety of prisoners.  Their safety is at risk at the current time for the reasons noted above. I have repeated this recommendation in a public meeting where local leaders, including members of the Vigo County Commissioners and Vigo County Council, were addressed concerning conditions in the Jail.

51.     In making the statements and opinions in this declaration I have relied upon my personal knowledge of the conditions in the Vigo County Jail, my conversations with the

Vigo County Sheriff and his employees, my knowledge of Indiana's county jail standards and the American Correctional Association's standards for county jails, as well as my lengthy experience in managing prisoners, staff, and the physical plant of a county jail.

**Verification**

I verify under penalties of perjury that the foregoing representations are true.

Executed on: _May 3 2018_
                 DATE

Kenneth J. Whipker

Prepared by:

Kenneth J. Falk
No. 6777-49
ACLU of Indiana
2457 E. Washington St. – Suite Z
Indianapolis, IN 46202



### PROGRAM REVIEW DIVISION
### INDIANA DEPARTMENT OF CORRECTION
<u>JAIL INSPECTION REPORT</u>

| | |
|---|---|
| COUNTY: | **Vigo** |
| DATE OF INSPECTION: | 9/12/2017 |
| COUNTY NUMBER: | 84 |
| JAIL STREET ADDRESS: | **201 Cherry Street** |
| CITY: | **Terre Haute** |
| ZIP: | **47807** |
| SHERIFF: | **Gregory T. Ewing** |
| YEAR OF OFFICE (including prior terms): | **5th year, 2nd Term** |
| PHONE: | **812-462-3224** |
| FAX: | |
| E-MAIL: | <u>greg.ewing@vigocounty.in.gov</u> |

*5-14-3-4*
*Confidential and Deliberative*

CIRCUIT COURT JUDGE: sarah.mullican@vigocounty.in.gov     **Honorable Sarah Mullican**

COUNTY COMMISSIONERS:     **Judy** Anderson
judy.anderson@vigocounty.in.gov

COUNTY PROSECUTOR:     Terry Modisett
ALL COUNTY JUDGES:     <u>terry.modesitt@vigocounty.in.gov</u>

YEAR JAIL BUILT/YEAR(S) ADDED OR RENOVATED:     **1980/2001**

| **DEATHS SINCE LAST INSPECTION:** | | |
|---|---|---|
| | 0 | Natural 1/8/2013 |
| | 0 | Suicide |
| | 0 | Homicide |

| **ESCAPES SINCE LAST INSPECTION:** | | |
|---|---|---|
| | 0 | From the jail |
| | 0 | From custody |
| | 0 | Walk-away/did not return |

| **Administration and Organization** | | Remarks |
|---|---|---|
| 1. Is there a Jail Administrator/Commander? | Yes | Charles Funk |
| 1a. Telephone Number: | | 812-462-3226 X7303 |
| 1b. E-mail address: | | <u>charles.funk@vigocounty.in.gov</u> |
| 2. Was there an annual report of services prepared? | <u>Yes</u> | <u>Hand over during inspection</u> |
| 3. Is there a manual of policies and procedures? | <u>Yes</u> | |
| 3a. Has it been reviewed by all employees? | <u>Yes</u> | |
| 4. Has it been reviewed and updated in the last year by the sheriff or his/her designee? | <u>Yes</u> | |
| 4a. Date of review: | | Continual process |
| 4b. Reviewed by: | | Sheriff and Commander |

| **Fiscal Management** | | Remarks |
|---|---|---|
| 5. Is there a written procedure for the handling of monies? | <u>Yes</u> | |
| 6. Is there a written jail cost record? | <u>Yes</u> | |
| 7. Have you had a State Board of Accounts audit? | <u>Yes</u> | |

8. Is there a written budget request prepared by the Sheriff?    <u>Yes</u>

9. Is there a written inventory of county jail property?    <u>Yes</u>

| Training and Staff Development | | Remarks |
|---|---|---|

10. Is there a written training and staff development plan?    <u>Yes</u>
   10a.   Date of annual evaluation and revision:    Jul-15
   10b.   Reviewed by:

11. Has each new jail officer received eighty(80) hours of
orientation and training, at the jail, prior to job assignment?    <u>Yes</u>

12. Has each new jail officer received forty (40) hours of
certified training through the Law Enforcement Training Board
during their first year of employment?    <u>yes</u>

13.  Has each jail officer received 16 CEU hours of
documented training this year for those subjects outlined in the
written staff development plan?    <u>Yes</u>
   13a. Has the jail commander received 24 CEU hours of documented annual
training this year?    <u>yes</u>

14. Has each authorized employee been trained and qualified
in the past year with weapons?    <u>Yes</u>
   14a.   Is this training documented?    <u>Yes</u>

15. Has every employee authorized to use a weapon been
trained in the use of deadly force?    <u>Yes</u>

16. Is training in your budget request as required?    <u>Yes</u>  <u>**$2500 in the budget**</u>

| Management Information Systems and Inmate Records | | Remarks |
|---|---|---|

17. Does the intake form contain all the required information?    <u>Yes</u>

18. Are there proper records maintained on all inmates?    <u>Yes</u>

19. Are population movement records properly maintained?    <u>Yes</u>

20. Is there a written policy concerning jail incident reports?    <u>Yes</u>

21. Is there a written policy regarding inmate records privacy?    <u>Yes</u>

22. Is the inmate's medical record separate from the
confinement record?    <u>Yes</u>

| Physical Plant | | Remarks |
|---|---|---|

23. Is there twenty (20) foot candles of light at desk level throughout the cell blocks?

<u>NO</u>   5.7 Ft/C in the female housing area that was located in the "old jail."  47.5 Ft/C in the new section 2015. The old portion of the jail <u>does not</u> meet the required minimum jail standards of 20 Ft/C 210 IAC 3-1-7 (1).  <u>2016 10 Ft/C at desk level. 18.5 Ft/C at the bars in front of the cat walk.  This was taken in the linear portion of the jail.  New lights installed and showed improvement yet still does not meet the standards.  2017 Old section of the jail 11.3 Ft./C New Section 32.8 Ft./C The lighting does not comply with the Jail Standards.  The VIGO COUNTY COMMISSIONERS ARE NONCOMPLIANT!</u>

24. Cubic feet per minute of air flow movement on day of inspection.

551 cubic feet per minute of air flow movement on day of inspection 2017.

*Noise Level*

25. The temperature at the time of inspection was:

*51.5 DB*
74'

26. Was the clothing and bedding adequate for the prevailing temperature?

<u>Yes</u>

27. Was there both hot and cold running water in each cell?

<u>Yes</u>

28. Is there one toilet and one shower for twelve (12) inmates in the activity area?

<u>No</u>   Design and build of jail in conjunction of exceeding rated capacity does not meet the minimum standards of 12-1 inmates per shower in old section of the jail. <u>Per</u>

29. Is the inmate receiving and booking area outside the inmate living area?

<u>Yes</u>

30. Is the inmate receiving and booking area inside the secured perimeter?

<u>Yes</u>

31. Does this area have proper weapons lockers outside of the secured perimeter?

<u>Yes</u>

32. Does it have proper temporary holding space?

<u>Yes</u>

33. Are there fixed benches in ample supply for its capacity?

<u>Yes</u>

34. Is there audio and visual communication in the temporary holding area?

<u>No</u>   Visual communication but lacks audio communication old portion of the jail. This

35. Are there available toilets, washbasins with hot and cold running water in the temporary holding area?

<u>Yes</u>

36. Is there a booking area in the reception area?

<u>Yes</u>

37. Is there a medical examination area in the reception area?     <u>Yes</u>   One of two rooms in the booking area
utilized for evaluations and confidentiality.

38. Are there shower facilities in the reception area?     <u>Yes</u>

39. Is there secure storage for the inmate's personal property in the reception area?     <u>Yes</u>

40. Are there telephone facilities in the reception area?     <u>Yes</u>

41. Are supply areas separate from inmate living and activity areas?     <u>Yes</u>

42. Is there adequate secure storage space for all supplies and equipment?     <u>Yes</u>

43. Are arsenals located outside the security perimeter of the inmate living and activity areas?     <u>Yes</u>

44. Is there an area for inmates under special medical supervision?     <u>Yes</u>

45. Is there a special area for temporary detention of inmates under the influence of alcohol?     <u>Yes</u>

46. Is there a special area for temporary detention of inmates that are violent, uncontrollable or self-destructive?     <u>Yes</u>

   46a.   Are the above two (2) areas equipped with audio-video monitoring?     <u>No</u>   Video only. See #34 <u>Does not meet the</u>
<u>standards. THE VIGO COUNTY</u>

   46b.   Do inmates have access to a toilet and running water?     <u>Yes</u>

47. Is there a bed for all incarcerated inmates?     <u>NO</u>   The is not a bed for every inmate. <u>210 IAC</u>
<u>3-1-7 (4) a requirement that each inmate</u>

48. Total number of operational jail beds.     **267**

49. Number of adult males incarcerated?     **238**

50. Number of adult females incarcerated?     **25**

51. Number of waived males less than 18 years old?                                    2

52. Number of waived females less than 18 years old?                                  0

53. Total inmate count on inspection day.                                            263    _29 Inmates housed out of county.292_
                                                                                            _The jail is overcrowded daily_

54. Number of inmates sentenced to serve county time?                                 0
   54a. How many of these are sentenced to a work release               0
program?

55. Is this an IDOC Holding Jail?                                                     No
   55a.  Total number of beds identified for IDOC holding.              4    L6
   55b.  Number of inmates being held for IDOC?                         0

56. Number of sentenced inmates awaiting transfer to IDOC?                            3

57. Number of inmates being held for the US Marshal?                                  0

58. Number of military prisoners?                                                     0

59. Is there a written plan for preventative maintenance?                            Yes

60. Is it reviewed and updated annually?                                             Yes

| Commissary | | Remarks |
|---|---|---|

61. Did the State Board of Accounts approve your commissary              Yes
policy?

| Safety and Sanitation | | Remarks |
|---|---|---|

62. Is cleaning equipment available to inmates daily?                   Yes    Noted in cell/day areas on day of
                                                                               inspection.

63. Is the jail inspected weekly by a designated official?              Yes

64. Are written inspection reports maintained?                          Yes

65. Are insect and rodent inspections made weekly?                      Yes

66. Is there a licensed exterminator contract?                          Yes    Critter Rid.

67. Are plumbing fixtures functional?                                   Yes

68. Are faulty plumbing fixtures repaired promptly?                     Yes

69. Are exits clearly marked, illuminated continuously and              Yes
clear?

70. Is there a written evacuation plan for emergencies?                 Yes

71. Are evacuation instructions in all living and working areas?        Yes

72. Has the Sheriff requested the Board of Health to inspect the jail annually?          Yes   11-Sep-17

73. Has the Board of Health inspected the jail annually?          Yes

74. Is there a written policy concerning safety, sanitation and supply control?          Yes

| Clothing and Personal Hygiene | | Remarks |
|---|---|---|

75. Are suitable clothing, bedding and towels provided for the total inmate population?          Yes

76. Are all inmates provided with shaving materials, bar soap, toothpaste and toothbrush?          Yes

77. Do inmates shower upon admission to general population?          Yes   Inmates are moved to an area where they can shower upon admission.

78. Are inmates afforded the opportunity to shower at least three (3) times within every seven (7) days?          Yes

79. Are haircuts available, upon request, at least every six (6) weeks?          Yes

80. May inmates wear personal clothing to their trials?          Yes   Jury trial only.

| Medical Care, Health Services and Suicide Prevention and Screening | | Remarks |
|---|---|---|

81. Is there a licensed physician responsible for medical services and qualified for suicide prevention and screening at          Yes   Quality Correctional Care the  medical provider.  This would include a M/H

82. Are there written procedures for medical service delivery to inmates?          Yes

83. Are these procedures approved by a physician?          Yes

84. Are health care personnel licenses or certification on file with the Sheriff?          Yes

85. Do jail security regulations apply to medical personnel?          Yes

86. Are there adequate space, equipment, supplies and materials for medical services available?          Yes

87. Are first aid kits available at the jail?          Yes

88. Are first-aid kits inspected and refilled according to the responsible physician contracted by the county?          Yes

89. Are inmates medically screened upon admission?          Yes

90. Has the doctor approved the medical screening form?          Yes

91. Are all inmates in jail given a medical examination within fourteen (14) days?   <u>Yes</u>

92. Is this medical examination given by a physician or his designee?   <u>Yes</u>

93. Are inmates medical complaints collected daily?   <u>Yes</u>

94. Are medical/mental health  complaints responded to by medically/mental health trained personnel?   <u>Yes</u>  See # 81

95. Is there a physician available at least weekly to respond to medical complaints?   <u>Yes</u>  24/7 nursing care.

96. Is twenty-four (24) hour emergency medical, dental and psychological care available pursuant to a written plan/contract   <u>Yes</u>

97. Is there a written emergency medical plan?   <u>Yes</u>
    97a.   Emergency evacuation of inmates   <u>Yes</u>
    97b.   Use of an emergency medical vehicle   <u>Yes</u>
    97c.   Use of one or more designated hospital emergency rooms or appropriate health facilities   <u>Yes</u>
    97d.   Emergency On-call physicians and dentists services when the emergency health facility is not located in a near by community.   <u>Yes</u>
    97e.   Security procedures that provide for the immediate transfer of inmates when appropriate.   <u>Yes</u>
    97f. Are there arrangements for emergency psychological services?   <u>yes</u>
98. Are all jail personnel first aid trained?   <u>yes</u>

99. Is one (1) person per shift trained in receiving screening?   <u>Yes</u>

100. Is one (1) person per shift trained in CPR?   <u>Yes</u>

101. Is one (1) person per shift trained in common symptom recognition?   <u>Yes</u>

102. Is one (1) person per shift trained to recognize symptoms of mental illness or retardation?   <u>Yes</u>

103. Does jail refuse acceptance of an unconscious or critically injured person?   <u>Yes</u>
    103a. What is your BrAC/BAC cut off level for refusal?   *0.25%*
104. Are all injured inmates examined immediately by competent medical personnel?   <u>Yes</u>

105. Is a written description of the injury prepared?   <u>Yes</u>

106. Are photographs taken of the injury?   <u>Yes</u>

107. Are prescribed medications given as per physician orders?   <u>Yes</u>

108. Are all persons administering medication trained by  the responsible physician?    <u>Yes</u>

109. Are records of medication administered kept?    <u>Yes</u>

110. Did the physician approve the record form?    <u>Yes</u>

111. Is chronic care, convalescent care and medical preventive maintenance provided?    <u>Yes</u>

112. Did the inmate medical file contain all information approved by a responsible physician?    <u>Yes</u>

113. Is access to inmate medical records controlled by the responsible physician?    <u>Yes</u>

| Diet and Food Preparation | | Remarks |
|---|---|---|
| 114. Has the Sheriff established written policies and procedures concerning food, quantity and quality? | <u>NA</u> | **CANTEEN is contracted provider. Commissioners and Canteen responsible for policies and maintaining the kitchen.** |
| 115. Is discipline by means other than denial of food? | <u>Yes</u> | |
| 116. Are meals served under supervision of the jail administrator or his designee? | <u>Yes</u> | |
| 117. Is there always less than fourteen (14) hours between meals? | <u>Yes</u> | |
| 118. Do inmates receive three (3) meals a day? | <u>Yes</u> | |
| 119. Is at least one (1) meal each day served cooked? | <u>Yes</u> | 2+ p/day. |
| 120. Are menus prepared in advance? | <u>Yes</u> | On file |
| 121. Are records retained of meals served? | <u>Yes</u> | |
| 122. Have the meals been approved by a qualified dietician and reviewed every two years? | <u>NA</u> | **Canteen and commissioners responsible for review. Jeane Wolf RD** |
| 123. Are all food service areas and equipment inspected daily by administrative personnel? | <u>NA</u> | **Canteen and Commissioners responsible for review.** |
| 124. Is all stored food placed on racks off the floor? | <u>Yes</u> | |
| 125. Is food covered while being transported to the inmate? | <u>Yes</u> | Noted on day of inspection. |
| 126. Is the kitchen floor cleaned daily? | <u>Yes</u> | |
| 127. Is the kitchen equipment cleaned daily? | <u>Yes</u> | |
| 128. Are walls and vents clean? | <u>Yes</u> | |

129. Has the jail administrator requested the local health officer to inspect the kitchen facilities? — <u>Yes</u>

130. Does the local health officer or other qualified agency inspect it annually? — <u>Yes</u>   BoH 9/11/2017

131. Are eating utensils sanitized after each use? — <u>Yes</u>

132. Is kitchen equipment operational? — <u>Yes</u>

133. Do you use inmates in the kitchen? — <u>Yes</u>

134. Do kitchen inmates receive pre-service medical examinations? — <u>Yes</u>

135. Do kitchen inmates receive periodic medical examinations? — <u>Yes</u>

136. Do kitchen inmates wear approved clothing for food handling? — <u>Yes</u>

137. Are medical diets served when approved by the responsible physicians? — <u>Yes</u>

138. Are religious diets served when accessible and authorized by the sheriff? — <u>Yes</u>

139. Has the sheriff established, in writing, a control system to monitor and control food pilferage, misuse or spoilage? — <u>Yes</u>

| Security and Control | | Remarks |
| --- | --- | --- |

140. Is there an established manual of policies for security and control? — <u>Yes</u>

141. Is it accessible and reviewed by all jail personnel? — <u>Yes</u>

142. Is it reviewed and updated annually and documentation provided? — <u>Yes</u>

143. Have jail officers been trained consistent with the manual? — <u>Yes</u>

144. Have pre and post training exams been administered? — <u>yes</u>

145. Have the results been made a part of the employee's records? — <u>yes</u>

146. Is there an extra set of jail keys securely stored? — <u>Yes</u>

147. Are written reports prepared when a weapon is discharged by jail personnel? — <u>Yes</u>

148. Are weapons restricted from designated areas? — <u>Yes</u>

149. Do you use mace or teargas? — <u>No</u>   Taser and OC , personnel trained.

150. Is there a list of persons authorized to use mace or tear gas? — <u>Yes</u>

151. Have they been trained in its usage? — <u>Yes</u>

152. If a person is injured by a chemical agent, does he receive an immediate medical examination? — <u>Yes</u>

153. Is there a communication control center? — <u>Yes</u>
   153a.  Was it secured? — <u>Yes</u>

154. Is there an audio communication system between the control center and the inmate living area? — <u>No</u>   Old portion of the facility lacks audio. See #34.<u>THE VIGO COUNTY COMMISSIONERS ARE</u> NONCOMPLIANT!

155. Is there an emergency generator? — <u>Yes</u>

156. Is it functional? — <u>Yes</u>

157. Is it tested weekly? — <u>Yes</u>
       What day is it tested? — *Monday 0700*

158. Is security equipment sufficient to meet facility needs and stored in a secure readily accessible area? — <u>Yes</u>

159. Are all doors on security perimeters kept locked? — <u>Yes</u>

160. Do you prohibit a jail officer from entering a high security cell area without a back-up? — <u>Yes</u>

161. Are contraband searches held? — <u>Yes</u>

162. Are written reports made of items confiscated? — <u>Yes</u>

163. Are inmates informed of their authorized articles? — <u>Yes</u>

164. Are contact visitors and inmates searched? — <u>No</u>   No contact visits allowed.

165. Are all inmates searched before leaving or returning to the jail? — <u>Yes</u>

166. Is there a written policy concerning contraband, searches and seizures? — <u>Yes</u>

| Supervision of Inmates | | Remarks |
| --- | --- | --- |
| 167. Is there sufficient jail personnel present in the jail to provide adequate 24 hour supervision of inmates? | <u>No</u> | Jail is understaffed for the rated capacity and total jail operations.  Recommend that a NIC staffing analysis be conducted. Same recommendation as in 2010 jail inspection. Same for 2012. Same for 2013, 2014 analysis completed.  The |
|   167a. How was staff sufficiency established? | | *Staffing analysis completed Oct 2013* |

168. Is there personal observation of the inmate at least every sixty(60) minutes during lockdown hours at night? — <u>Yes</u>

169. Is this observation documented? — <u>Yes</u>

170. Is there written policy on male-female supervision by male-female staff? — <u>yes</u>

171. Are privacy rights considered in this policy? — <u>yes</u>

172. Are there written policies for segregation of inmates? — <u>yes**</u>  **<u>THE JAIL IS CONSTANTLY</u>

   172a.  Do jail officials review the status of the inmate at least once every seven (7) days. — <u>Yes</u>

   172b.  Does time spent confined or separated from the general population before determination of guilt credit toward the period of segregation imposed? — <u>Yes</u>

   172c.  Does the disciplinary segregation period exceed thirty (30) day for any single instance of disciplined conduct without review? — <u>No</u>

   172d.  Do jail officials maintain a permanent written record of activity in segregation areas? — <u>Yes</u>

173. Is each area of the jail visited by the Sheriff or his designee at least once weekly? — <u>Yes</u>

174. Is each area of the jail visited by supervisory staff daily? — <u>Yes</u>

175. Are these visits documented? — <u>Yes</u>

176. Are inmates prevented from supervising or exerting control or assuming any authority over other inmates? — <u>Yes</u>

| **Inmate Rights** | | **Remarks** |
| --- | --- | --- |

177. Do inmates have access to courts? — <u>Yes</u>

178. Do inmates have confidential access to attorneys? — <u>Yes</u>

179. Do inmates have reasonable access to an adequate law library, if operating Pro se'? — <u>Yes</u>  **Casemaker** law resource purchased for inmate use. It can be accessed on the inmate kiosk system along with the inmate handbook, medical request and grievances.

180. Are all forms of discrimination of inmates forbidden? — <u>Yes</u>

181. Do inmates have access to reading material (not pornography)? — <u>Yes</u>

182. Do inmates have religious freedom where security is not broken? — <u>Yes</u>

183. Is physical exercise available indoor? — <u>Yes</u>

184. Is physical exercise available outdoor?                                    <u>Yes</u>

185. Is refusal of recreation documented?                                       <u>Yes</u>

186. Do you provide a list of all inmates sentenced and                         <u>Yes</u>
incarcerated to the county clerk quarterly as required by IC 3-7-
46-6?

187. Is there a written inmate work assignment record?                          <u>Yes</u>

188. Is there a written grievance policy and procedure?                         <u>Yes</u>   On Kiosk

189. Is it distributed to the inmates?                                          <u>Yes</u>

190. Is there a written jail visitation policy and procedure?                   <u>Yes</u>

191. Is there a written jail telephone policy and procedure for                 <u>Yes</u>
inmates?

192. Is there jail visitor registration?                                       <u>Yes</u>

| Mail | Remarks |
|------|---------|

193. Is there a written procedure governing inmate                             <u>Yes</u>
correspondence?

194. Is mail unlimited in volume?                                              <u>Yes</u>

195. May inmates correspond within the jail by mail?                           <u>Yes</u>

196. Do you forbid the opening or censoring of mail for                        <u>Yes</u>
government officials, courts, attorneys or news media?

197. If mail is delayed, censored, or withheld, is the inmate                  <u>Yes</u>
given prompt notice?

198. Is there a written record of this action?                                 <u>Yes</u>

199. Are indigent inmates provided free writing supplies?                      <u>Yes</u>

| Discipline | Remarks |
|------------|---------|

200. Are there written rules of inmate conduct?                                <u>Yes</u>

201. Do they describe disciplinary actions to be taken?                        <u>Yes</u>

202. Do they describe the procedure to be followed?                            <u>Yes</u>

203. Are copies of rules distributed to inmates or posted in the               <u>Yes</u>   On Kiosk
living areas?

204. Do you prohibit the use or physical force as a discipline?                <u>Yes</u>

205. Have personnel been trained as to inmate rules of conduct?    <u>Yes</u>

206. Have personnel been trained as to sanctions available?    <u>Yes</u>

207. Are all disciplinary standards met?    <u>Yes</u>

208. Are disciplinary hearings provided for and held?    <u>Yes</u>

209. Are these consistent with the standards?    <u>Yes</u>

210. Are there provisions for an appeal?    <u>Yes</u>

| Classification | | Remarks |
|---|---|---|

211. Is there a written plan for classification of inmates?    <u>Yes</u>

212. Are inmates with contagious diseases separated?    <u>Yes</u>

213. Are intoxicated inmates segregated?    <u>Yes</u>

214. Are inmates experiencing drug withdrawal segregated?    <u>Yes</u>

215. Are inmates experiencing mental conditions segregated?    <u>Yes</u>

| Reception, Orientation. Property Control and Release | | Remarks |
|---|---|---|

216. Are there written procedures governing reception and orientation?    <u>Yes</u>

217. Is the inmate's personal property inventoried and securely stored?    <u>Yes</u>

218. Is the inmate's money securely stored?    <u>Yes</u>

219. Does the inmate sign for his property upon release?    <u>Yes</u>

| Jail Program Survey |
|---|

Have arrangements been made for the provision of special education services as needed?    <u>No</u>    Recommend seeking assistance from school corporation.

Does the jail provide GED services?    <u>Yes</u>    For male and female inmates.

Does the jail provide any substance abuse counseling services in the Jail?    <u>Yes</u>    Hamilton Center (contract/MOU) , AA, NA. "Free Birds" and QCHC also provides M/H

Is smoking within the jail prohibited?    <u>Yes</u>

Does the county have a community corrections program?    <u>Yes</u>

Other programs?    <u>Yes</u>    Faith Based, Anger Management.

| OTHER OBSERVATIONS, COMMENTS, AND RECOMMENDATIONS |
|---|

1   Cleaning supplies were in the common areas for inmate use on day of inspection.

2   Recommend that a NIC PONI study be conducted to assess jail needs.

    2015 Jail needs assessment and design presently under way.  2016 jail study and

3   Facility was clean and well maintained on day of inspection.

4   PIPE system recently added for confirmation of inmate safety

5   AED's located in the medical area.

6   Recommend that a National Institute of Corrections (NIC) Staffing Analysis be conducted to determine proper staffing levels that includes all internal and external jail operations. **Same recommendation given during 2010 inspection. Same for 2012.**

    **Same recommendation for 2013. An NIC staffing analysis model is a data driven document that determines the proper staffing levels for the jail based upon design and daily jail operations.**

7   Inmate lighting in the "old portion" of the jail is inadequate.

    **The Indiana Jail Standards 210 IAC 3-1-7 Physical Plant  Sec. 7 (a) (1) Illumination SHALL be sufficient for reading and writing throughout the living area. A  reading of at least twenty (20)  foot-candles are required at desk**

8   **THE VIGO COUNTY COMMISSIONERS ARE NONCOMPLIANT WITH 210 IAC 3-1-7 (i) PERTAINING TO SQUARE FOOTAGE REQUIREMENTS PER INMATE: 35 SQ. FT. IN A CELL AND 50 SQ. FT IN A DORM AREA.**

**Accompanied by:**
Commander Charles Funk,

**Inspected by:**
Kenneth J. Whipker
Executive Liaison
Sheriff and County Jail Operations
IDOC
317-232-5764



**PROGRAM REVIEW DIVISION**
**INDIANA DEPARTMENT OF CORRECTION**
<u>JAIL INSPECTION REPORT</u>

| | |
|---|---|
| COUNTY: | Vigo |
| DATE OF INSPECTION: | 9/16/2016 |
| COUNTY NUMBER: | 84 |
| JAIL STREET ADDRESS: | 201 Cherry Street |
| CITY: | Terre Haute |
| ZIP: | 47807 |
| SHERIFF: | Gregory T. Ewing |
| YEAR OF OFFICE (including prior terms): | 5th year, 2nd Term |
| PHONE: | 812-462-3224 |
| FAX: | |
| E-MAIL: | greg.ewing@vigocounty.in.gov |

| | |
|---|---|
| CIRCUIT COURT JUDGE: david.bolk@vigocounty.in.gov | Honorable David Bolk |
| COUNTY COMMISSIONERS: | Judy Anderson |
| | judy.anderson@vigocounty.in.gov |
| COUNTY PROSECUTOR: | Terry Modisett |
| ALL COUNTY JUDGES: | terry.modisett@vigocounty.in.gov |

YEAR JAIL BUILT/YEAR(S) ADDED OR RENOVATED:    1980/2001

| DEATHS SINCE LAST INSPECTION: | | |
|---|---|---|
| | 0 | Natural 1/8/2013 |
| | 0 | Suicide |
| | 0 | Homicide |

| ESCAPES SINCE LAST INSPECTION: | | |
|---|---|---|
| | 0 | From the jail |
| | 0 | From custody |
| | 0 | Walk-away/did not return |

| **Administration and Organization** | | Remarks |
|---|---|---|
| 1. Is there a Jail Administrator/Commander? | Yes | Charles Funk |
| 1a.  Telephone Number: | | 812-462-3226 X7303 |
| 1b.  E-mail address: | | charles.funk@vigocounty.in.gov |
| 2. Was there an annual report of services prepared? | Yes | |
| 3. Is there a manual of policies and procedures? | Yes | |
| 3a.   Has it been reviewed by all employees? | Yes | |
| 4. Has it been reviewed and updated in the last year by the sheriff or his/her designee? | Yes | |
| 4a.   Date of review: | | Jul-15 |
| 4b.   Reviewed by: | | Sheriff and Commander |

| **Fiscal Management** | | Remarks |
|---|---|---|
| 5. Is there a written procedure for the handling of monies? | Yes | |
| 6. Is there a written jail cost record? | Yes | |
| 7. Have you had a State Board of Accounts audit? | Yes | |
| 8. Is there a written budget request prepared by the Sheriff? | Yes | |
| 9. Is there a written inventory of county jail property? | Yes | |

| **Training and Staff Development** | | Remarks |
|---|---|---|
| 10. Is there a written training and staff development plan? | Yes | |
| 10a.   Date of annual evaluation and revision: | | Jul-15 |
| 10b.   Reviewed by: | | |
| 11. Has each new jail officer received forty (80) hours of orientation and training, at the jail, prior to job assignment? | Yes | |
| 12. Has each new jail officer received forty (40) hours of certified training through the Law Enforcement Training Board during their first year of employment? | yes | |

| | | |
|---|---|---|
| 13.  Has each jail officer received 16 CEU hours of documented training this year for those subjects outlined in the written staff development plan? | <u>Yes</u> | |
| 13a  Has the jail commander received 24 CEU hours of documented annual training this year? | <u>yes</u> | |
| 14. Has each authorized employee been trained and qualified in the past year with weapons? | <u>Yes</u> | |
| 14a.   Is this training documented? | <u>Yes</u> | |
| 15. Has every employee authorized to use a weapon been trained in the use of deadly force? | <u>Yes</u> | |
| 16. Is training in your budget request as required? | <u>Yes</u>   <u>$17 in the budget</u> | |

| Management Information Systems and Inmate Records | | Remarks |
|---|---|---|
| 17. Does the intake form contain all the required information? | <u>Yes</u> | |
| 18. Are there proper records maintained on all inmates? | <u>Yes</u> | |
| 19. Are population movement records properly maintained? | <u>Yes</u> | |
| 20. Is there a written policy concerning jail incident reports? | <u>Yes</u> | |
| 21. Is there a written policy regarding inmate records privacy? | <u>Yes</u> | |
| 22. Is the inmate's medical record separate from the confinement record? | <u>Yes</u> | |

| Physical Plant | | Remarks |
|---|---|---|
| 23. Is there twenty (20) foot candles of light at desk level throughout the cell blocks? | <u>NO</u> | 5.7 Ft/C in the female housing area that was located in the "old jail." 47.5 Ft/C in the new section 2015. The old portion of the jail <u>does not</u> meet the required minimum jail standards of 20 Ft/C 210 IAC 3-1-7 (1).  <u>2016 10 Ft/C at desk level.  18.5 Ft/C at the bars in front of the cat walk.  This was taken in the linear portion of the jail.  New lights installed and showed improvement yet still does</u> not meet the standards. |
| 24. Cubic feet per minute of air flow movement on day of inspection. | | 390 cubic feet per minute of air flow movement on day of inspection 2016. |
| *Noise Level* | | *65 DB* |
| 25. The temperature at the time of inspection was: | | *73.4'* |
| 26. Was the clothing and bedding adequate for the prevailing temperature? | <u>Yes</u> | |
| 27. Was there both hot and cold running water in each cell? | <u>Yes</u> | |
| 28. Is there one toilet and one shower for twelve (12) inmates in the activity area? | <u>No</u> | Design and build of jail in conjunction of exceeding rated capacity does not meet the minimum standards of 12-1 inmates per shower in old section of the jail. |
| 29. Is the inmate receiving and booking area outside the inmate living area? | <u>Yes</u> | |
| 30. Is the inmate receiving and booking area inside the secured perimeter? | <u>Yes</u> | |
| 31. Does this area have proper weapons lockers outside of the secured perimeter? | <u>Yes</u> | |
| 32. Does it have proper temporary holding space? | <u>Yes</u> | |
| 33. Are there fixed benches in ample supply for its capacity? | <u>Yes</u> | |
| 34. Is there audio and visual communication in the temporary holding area? | <u>No</u> | Visual communication but lacks audio communication old portion of the jail. This |

35. Are there available toilets, washbasins with hot and cold running water in the temporary holding area?    <u>Yes</u>

36. Is there a booking area in the reception area?    <u>Yes</u>

37. Is there a medical examination area in the reception area?    <u>Yes</u>

38. Are there shower facilities in the reception area?    <u>Yes</u>

39. Is there secure storage for the inmate's personal property in the reception area?    <u>Yes</u>

40. Are there telephone facilities in the reception area?    <u>Yes</u>

41. Are supply areas separate from inmate living and activity areas?    <u>Yes</u>

42. Is there adequate secure storage space for all supplies and equipment?    <u>Yes</u>

43. Are arsenals located outside the security perimeter of the inmate living and activity areas?    <u>Yes</u>

44. Is there an area for inmates under special medical supervision?    **<u>Yes</u>**

45. Is there a special area for temporary detention of inmates under the influence of alcohol?    <u>Yes</u>

46. Is there a special area for temporary detention of inmates that are violent, uncontrollable or self-destructive?    <u>Yes</u>
    46a.  Are the above two (2) areas equipped with audio-video monitoring?    <u>No</u>    Video only. See #34 <u>Does not meet the standards.</u>
    46b.  Do inmates have access to a toilet and running water?    <u>Yes</u>

47. Is there a bed for all incarcerated inmates?    **<u>yes</u>**

48. Total number of operational jail beds.    **267**

49. Number of adult males incarcerated?    **202**

50. Number of adult females incarcerated?    **49**

51. Number of waived males less than 18 years old?    **1**

52. Number of waived females less than 18 years old?    **0**

53. Total inmate count on inspection day.    **251**    *<u>80 Inmates housed out of county.</u>*
*At risk of being crowded or crowded*
54. Number of inmates sentenced to serve county time?    **0**    *daily.*
    54a. How many of these are sentenced to a work release program?    **0**

55. Is this an IDOC Holding Jail?    **No**
    55a.  Total number of beds identified for IDOC holding.    **0**    2 L6
    55b.  Number of inmates being held for IDOC?    **1**

56. Number of sentenced inmates awaiting transfer to IDOC?   3   3 on parole hold

57. Number of inmates being held for the US Marshal?   0

58. Number of military prisoners?   0

59. Is there a written plan for preventative maintenance?   Yes

60. Is it reviewed and updated annually?   Yes

| Commissary | | Remarks |
|---|---|---|
| 61. Did the State Board of Accounts approve your commissary policy? | Yes | |

| Safety and Sanitation | | Remarks |
|---|---|---|
| 62. Is cleaning equipment available to inmates daily? | Yes | Noted in cell/day areas on day of inspection. |
| 63. Is the jail inspected weekly by a designated official? | Yes | |
| 64. Are written inspection reports maintained? | Yes | |
| 65. Are insect and rodent inspections made weekly? | Yes | |
| 66. Is there a licensed exterminator contract? | Yes | Critter Rid. |
| 67. Are plumbing fixtures functional? | Yes | |
| 68. Are faulty plumbing fixtures repaired promptly? | Yes | |
| 69. Are exits clearly marked, illuminated continuously and clear? | Yes | |
| 70. Is there a written evacuation plan for emergencies? | Yes | |
| 71. Are evacuation instructions in all living and working areas? | Yes | |
| 72. Has the Sheriff requested the Board of Health to inspect the jail annually? | Yes | 12-Apr-16 |
| 73. Has the Board of Health inspected the jail annually? | Yes | |
| 74. Is there a written policy concerning safety, sanitation and supply control? | Yes | |

| Clothing and Personal Hygiene | | Remarks |
|---|---|---|
| 75. Are suitable clothing, bedding and towels provided for the total inmate population? | Yes | |
| 76. Are all inmates provided with shaving materials, bar soap, toothpaste and toothbrush? | Yes | |
| 77. Do inmates shower upon admission to general population? | Yes | Inmates are moved to an area where they can shower upon admission. |
| 78. Are inmates afforded the opportunity to shower at least three (3) times within every seven (7) days? | Yes | |
| 79. Are haircuts available, upon request, at least every six (6) weeks? | Yes | |
| 80. May inmates wear personal clothing to their trials? | Yes | Jury trial only. |

| Medical Care, Health Services and Suicide Prevention and Screening | | Remarks |
|---|---|---|
| 81. Is there a licensed physician responsible for medical services and qualified for suicide prevention and screening at | Yes | Quality Correctional care the new medical provider at end of 2014.  This would |

82. Are there written procedures for medical service delivery to inmates?    Yes

83. Are these procedures approved by a physician?    Yes

84. Are health care personnel licenses or certification on file with the Sheriff?    Yes

85. Do jail security regulations apply to medical personnel?    Yes

86. Are there adequate space, equipment, supplies and materials for medical services available?    Yes

87. Are first aid kits available at the jail?    Yes

88. Are first-aid kits inspected and refilled according to the responsible physician contracted by the county?    Yes

89. Are inmates medically screened upon admission?    Yes

90. Has the doctor approved the medical screening form?    Yes

91. Are all inmates in jail given a medical examination within fourteen (14) days?    Yes

92. Is this medical examination given by a physician or his designee?    Yes

93. Are inmates medical complaints collected daily?    Yes

94. Are medical/mental health complaints responded to by medically/mental health trained personnel?    Yes    See # 81

95. Is there a physician available at least weekly to respond to medical complaints?    Yes    24/7 nursing care.

96. Is twenty-four (24) hour emergency medical, dental and psychological care available pursuant to a written plan/contract    Yes

97. Is there a written emergency medical plan?    Yes
   97a.   Emergency evacuation of inmates    Yes
   97b.   Use of an emergency medical vehicle    Yes
   97c.   Use of one or more designated hospital emergency    Yes
rooms or appropriate health facilities
   97d.   Emergency On-call physicians and dentists    Yes
services when the emergency health facility is not located in a
near by community.
   97e.   Security procedures that provide for the immediate    Yes
transfer of inmates when appropriate.
   97f. Are there arrangements for emergency psychological    yes
services?
98. Are all jail personnel first aid trained?    yes

99. Is one (1) person per shift trained in receiving screening?    Yes

100. Is one (1) person per shift trained in CPR?    Yes

101. Is one (1) person per shift trained in common symptom recognition?    Yes

102. Is one (1) person per shift trained to recognize symptoms of mental illness or retardation?    Yes

103. Does jail refuse acceptance of an unconscious or critically injured person?    Yes
   103a. What is your BrAC/BAC cut off level for refusal?    0.25%
104. Are all injured inmates examined immediately by    Yes
competent medical personnel?

105. is a written description of the injury prepared?    Yes

106. Are photographs taken of the injury?    Yes

107. Are prescribed medications given as per physician orders?   <u>Yes</u>

108. Are all persons administering medication trained by the responsible physician?   <u>Yes</u>

109. Are records of medication administered kept?   <u>Yes</u>

110. Did the physician approve the record form?   <u>Yes</u>

111. Is chronic care, convalescent care and medical preventive maintenance provided?   <u>Yes</u>

112. Did the inmate medical file contain all information approved by a responsible physician?   <u>Yes</u>

113. Is access to inmate medical records controlled by the responsible physician?   <u>Yes</u>

| Diet and Food Preparation | | Remarks |
|---|---|---|
| 114. Has the Sheriff established written policies and procedures concerning food, quantity and quality? | <u>NA</u> | CANTEEN is contracted provider. Commissioners and Canteen responsible for policies and maintaining the kitchen. |
| 115. Is discipline by means other than denial of food? | <u>Yes</u> | |
| 116. Are meals served under supervision of the jail administrator or his designee? | <u>Yes</u> | |
| 117. Is there always less than fourteen (14) hours between meals? | <u>Yes</u> | |
| 118. Do inmates receive three (3) meals a day? | <u>Yes</u> | |
| 119. Is at least one (1) meal each day served cooked? | <u>Yes</u> | 2+ p/day. |
| 120. Are menus prepared in advance? | <u>Yes</u> | On file |
| 121. Are records retained of meals served? | <u>Yes</u> | |
| 122. Have the meals been approved by a qualified dietician and reviewed every two years? | <u>NA</u> | Canteen and commissioners responsible for review. Jeane Wolf RD |
| 123. Are all food service areas and equipment inspected daily by administrative personnel? | <u>NA</u> | Canteen and Commissioners responsible for review. |
| 124. Is all stored food placed on racks off the floor? | <u>Yes</u> | |
| 125. Is food covered while being transported to the inmate? | <u>Yes</u> | Noted on day of inspection. |
| 126. Is the kitchen floor cleaned daily? | <u>Yes</u> | |
| 127. Is the kitchen equipment cleaned daily? | <u>Yes</u> | |
| 128. Are walls and vents clean? | <u>Yes</u> | |
| 129. Has the jail administrator requested the local health officer to inspect the kitchen facilities? | <u>Yes</u> | |
| 130. Does the local health officer or other qualified agency inspect it annually? | <u>Yes</u> | BoH 4/12/2016 |
| 131. Are eating utensils sanitized after each use? | <u>Yes</u> | |
| 132. Is kitchen equipment operational? | <u>Yes</u> | |
| 133. Do you use inmates in the kitchen? | <u>Yes</u> | |
| 134. Do kitchen inmates receive pre-service medical examinations? | <u>Yes</u> | |

135. Do kitchen inmates receive periodic medical examinations?   <u>Yes</u>

136. Do kitchen inmates wear approved clothing for food handling?   <u>Yes</u>

137. Are medical diets served when approved by the responsible physicians?   <u>Yes</u>

138. Are religious diets served when accessible and authorized by the sheriff?   <u>Yes</u>

139. Has the sheriff established, in writing, a control system to monitor and control food pilferage, misuse or spoilage?   <u>Yes</u>

| Security and Control | Remarks |
|---|---|

140. Is there an established manual of policies for security and control?   <u>Yes</u>

141. Is it accessible and reviewed by all jail personnel?   <u>Yes</u>

142. Is it reviewed and updated annually and documentation provided?   <u>Yes</u>

143. Have jail officers been trained consistent with the   <u>Yes</u>

144. Have pre and post training exams been administered?   <u>yes</u>

145. Have the results been made a part of the employee's records?   <u>yes</u>

146. Is there an extra set of jail keys securely stored?   <u>Yes</u>

147. Are written reports prepared when a weapon is discharged by jail personnel?   <u>Yes</u>

148. Are weapons restricted from designated areas?   <u>Yes</u>

149. Do you use mace or teargas?   <u>No</u>   Taser and OC , personnel trained.

150. Is there a list of persons authorized to use mace or tear gas?   <u>Yes</u>

151. Have they been trained in its usage?   <u>Yes</u>

152. If a person is injured by a chemical agent, does he receive an immediate medical examination?   <u>Yes</u>

153. Is there a communication control center?   <u>Yes</u>
    153a.  Was it secured?   <u>Yes</u>

154. Is there an audio communication system between the control center and the inmate living area?   <u>No</u>   Old portion of the facility lacks audio. See #34.

155. Is there an emergency generator?   <u>Yes</u>

156. Is it functional?   <u>Yes</u>

157. Is it tested weekly?   <u>Yes</u>
    What day is it tested?
158. Is security equipment sufficient to meet facility needs and stored in a secure readily accessible area?   <u>Yes</u>

159. Are all doors on security perimeters kept locked?   <u>Yes</u>

160. Do you prohibit a jail officer from entering a high security cell area without a back-up?   <u>Yes</u>

161. Are contraband searches held?   <u>Yes</u>

162. Are written reports made of items confiscated?   <u>Yes</u>

163. Are inmates informed of their authorized articles?   <u>Yes</u>

164. Are contact visitors and inmates searched? — No — No contact visits allowed.

165. Are all inmates searched before leaving or returning to the jail? — Yes

166. Is there a written policy concerning contraband, searches and seizures? — Yes

| Supervision of Inmates | | Remarks |
|---|---|---|

167. Is there sufficient jail personnel present in the jail to provide adequate 24 hour supervision of inmates? — No — Jail is understaffed for the rated capacity and total jail operations. Recommend that a NIC staffing analysis be conducted. Same for 2012. Same for 2010 jail inspection. Same for ~~2013, 2014 analysis completed. The~~
*Staffing analysis completed Oct 2013*

167a. How was staff sufficiency established?

168. Is there personal observation of the inmate at least every sixty(60) minutes during lockdown hours at night? — Yes

169. Is this observation documented? — Yes

170. Is there written policy on male-female supervision by male-female staff? — yes

171. Are privacy rights considered in this policy? — yes

172. Are there written policies for segregation of inmates? — Yes

172a. Do jail officials review the status of the inmate at least once every seven (7) days. — Yes

172b. Does time spent confined or separated from the general population before determination of guilt credit toward the period of segregation imposed? — Yes

172c. Does the disciplinary segregation period exceed thirty (30) day for any single instance of disciplined conduct without review? — No

172d. Do jail officials maintain a permanent written record of activity in segregation areas? — Yes

173. Is each area of the jail visited by the Sheriff or his designee at least once weekly? — Yes

174. Is each area of the jail visited by supervisory staff daily? — Yes

175. Are these visits documented? — Yes

176. Are inmates prevented from supervising or exerting control or assuming any authority over other inmates? — Yes

| Inmate Rights | | Remarks |
|---|---|---|

177. Do inmates have access to courts? — Yes

178. Do inmates have confidential access to attorneys? — Yes

179. Do inmates have reasonable access to an adequate law library, if operating Pro se'? — Yes — Law disc purchased for inmate use.

180. Are all forms of discrimination of inmates forbidden? — Yes

181. Do inmates have access to reading material (not pornography)? — Yes

182. Do inmates have religious freedom where security is not broken? — Yes

183. Is physical exercise available indoor? — Yes

184. Is physical exercise available outdoor? — Yes

185. Is refusal of recreation documented? — Yes

186. Do you provide a list of all inmates sentenced and incarcerated to the county clerk quarterly as required by IC 3-7-46-6?   Yes

187. Is there a written inmate work assignment record?   Yes

188. Is there a written grievance policy and procedure?   Yes

189. Is it distributed to the inmates?   Yes

190. Is there a written jail visitation policy and procedure?   Yes

191. Is there a written jail telephone policy and procedure for inmates?   Yes

192. Is there jail visitor registration?   Yes

| Mail | | Remarks |
|---|---|---|

193. Is there a written procedure governing inmate correspondence?   Yes

194. Is mail unlimited in volume?   Yes

195. May inmates correspond within the jail by mail?   Yes

196. Do you forbid the opening or censoring of mail for government officials, courts, attorneys or news media?   Yes

197. If mail is delayed, censored, or withheld, is the inmate given prompt notice?   Yes

198. Is there a written record of this action?   Yes

199. Are indigent inmates provided free writing supplies?   Yes

| Discipline | | Remarks |
|---|---|---|

200. Are there written rules of inmate conduct?   Yes

201. Do they describe disciplinary actions to be taken?   Yes

202. Do they describe the procedure to be followed?   Yes

203. Are copies of rules distributed to inmates or posted in the living areas?   Yes

204. Do you prohibit the use or physical force as a discipline?   Yes

205. Have personnel been trained as to inmate rules of conduct?   Yes

206. Have personnel been trained as to sanctions available?   Yes

207. Are all disciplinary standards met?   Yes

208. Are disciplinary hearings provided for and held?   Yes

209. Are these consistent with the standards?   Yes

210. Are there provisions for an appeal?   Yes

| Classification | | Remarks |
|---|---|---|

211. Is there a written plan for classification of inmates?   Yes

212. Are inmates with contagious diseases separated?   Yes

213. Are intoxicated inmates segregated?   Yes

214. Are inmates experiencing drug withdrawal segregated?   Yes

215. Are inmates experiencing mental conditions segregated?   Yes

| Reception, Orientation. Property Control and Release | | Remarks |
|---|---|---|
| 216. Are there written procedures governing reception and orientation? | Yes | |
| 217. Is the inmate's personal property inventoried and securely stored? | Yes | |
| 218. Is the inmate's money securely stored? | Yes | |
| 219. Does the inmate sign for his property upon release? | Yes | |

| Jail Program Survey | | |
|---|---|---|
| Have arrangements been made for the provision of special education services as needed? | No | Recommend seeking assistance from school corporation. |
| Does the jail provide GED services? | Yes | For male and female inmates. |
| Does the jail provide any substance abuse counseling services in the Jail? | Yes | Hamilton Center (contract/MOU) , AA, NA, "Free Birds" and QCHC also provides M/H |
| Is smoking within the jail prohibited? | Yes | |
| Does the county have a community corrections program? | Yes | |
| Other programs? | Yes | Faith Based, Anger Management. |

**OTHER OBSERVATIONS, COMMENTS, AND RECOMMENDATIONS**

1. Cleaning supplies were in the common areas for inmate use on day of inspection.

2. Recommend that a NIC PONI study be conducted to assess jail needs.

   2015 Jail needs assessment and design presently under way.  2016 jail study and

3. Facility was clean and well maintained on day of inspection.

4. PIPE system recently added for confirmation of inmate safety

5. AED's located in the medical area.

6. Recommend that a National Institute of Corrections (NIC) Staffing Analysis be conducted to determine proper staffing levels that includes all internal and external jail operations. Same recommendation given during 2010 inspection. Same for 2012.

   Same recommendation for 2013. An NIC staffing analysis model is a data driven document that determines the proper staffing levels for the jail based upon design and daily jail operations.

7. Inmate lighting in the "old portion" of the jail is inadequate.

   The Indiana Jail Standards 210 IAC 3-1-7 Physical Plant  Sec. 7 (a) (1) Illumination SHALL be sufficient for reading and writing throughout the living area. A  reading of at least twenty (20)  foot-candles are required at desk

Accompanied by:
Sheriff Ewing, Commander Funk,

Inspected by:
Kenneth J. Whipker
Executive Liaison
Sheriff and County Jail Operations
IDOC

317-232-5764