UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JAUSTON HUERTA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00397-JMS-MJD |
| | ) | |
| JOHN PLASSE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiffs' Response to Defendants' Monthly Status Report and Motion for Parties to Appear to Discuss Status**

Plaintiffs, by counsel, say that:

1. On October 1, 2019, defendants filed their monthly status report (Dkt. 246), and the Court has allowed plaintiffs until October 15, 2019, to file their response.

2. In this most recent report, defendants specify that the population of the Jail was 359 as of September 30, 2019. This is a precipitous increase from the population levels reported on prior reports as noted below:

| *Date of filing* | *(Docket Number)* | *Date of Reported Population* | *Population* |
|---|---|---|---|
| June 28, 2019 | (233) | June 28, 2019 | 323 |
| July 31, 2019 | (236) | July 30, 2019 | 331 |
| September 3, 2019 | (243) | July 30, 2019[1] | 327 |
| September 30, 2019 | (245) | September 30, 2019 | 359 |

---

[1] Although the date of the population survey is noted in the report as July 30, counsel assumes that this should be August 30 as the report was a monthly report filed shortly after the end of August.

[1]

3. There are 268 beds in the Jail and this Court has concluded that the Jail is overcrowded when it rises above 80% of capacity, or 214 persons. (Dkt. 146 at 4-5).

4. At 359 persons the Jail is obviously operating at a crisis level as this is 134% of maximum capacity and 168% above the 214 figure.

5. Kenneth Falk did communicate with David Friedrich, one of the attorneys for the defendants, who explained that the number reported is so high because September 30 was a Monday, and the population rises significantly over the weekend. Mr. Friedrich indicated that when he met with the Jail Commander last week the Jail population was under 300.

6. While it is reassuring that the Jail's population is not consistently at 359, the fact that it rises to such a high level over the weekend is extremely disconcerting and raises the question of whether something should and can be done to prevent such a massive increase in population on the weekend, or at any other time.

7. Plaintiffs do not believe that allowing the population levels to be this high, or even higher, at any time pending construction of the new Vigo County Jail is a viable situation, given the length of time it takes to build a new facility. This is particularly true if the population regularly rises to such a high level on the weekends.

8. Plaintiffs request that, consistent with this Court's Order of October 10, 2018, (Dkt. 146 at 18), that this Court schedule a hearing at which the Vigo County Sheriff, President of the Vigo County Council, President of the Vigo County Commissioners, and any other

individuals who possess information necessary to provide a complete report should appear to discuss if all entities associated with the criminal justice system in Vigo County, including the state-court judges, prosecutor, public defenders, probation department, and community corrections, have been consulted to determine if additional measures can be taken to respond to the population issue.

9. Additionally, plaintiffs request that as soon as a bid for construction is accepted that the defendants file a schedule with the Court detailing the anticipated dates that relevant construction benchmarks will be met, concluding with the opening of the new Jail as required by this Court's Order of October 10, 2018. (*Id*).

WHEREFORE, plaintiffs file their response to defendants most recent status report and request that the case be set for hearing as noted above, and for all other proper relief.

Kenneth J. Falk
No. 6777-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for the Certified Class