UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JAUSTON HUERTA, ET AL
    Plaintiffs,

        vs.                      CAUSE NO. 2:16-CV-397-JMS- MJD

JOHN PLASSE, ET AL
    Defendants.

## DEFENDANTS MONTHLY STATUS REPORT

The Defendants, John Plasse, Individually and in his official capacity as Sheriff of Vigo County, the Vigo County Commissioners, Brad Anderson, Judy Anderson and Brendan Kearns, in their official capacity, the Vigo County Council, Aaron Loudermilk, Jim Mann, Mike Morris, Lisa Spence-Bunnett, Chris Switzer, David Thompson and Vicki Weger in their official capacity, by counsel, file their periodic status report concerning construction of a new jail, staffing, recreation, wellness checks and inmate altercations:

## CONSTRUCTION OF NEW VIGO COUNTY JAIL

Bids for construction of the new Vigo County Jail ("Jail") were awarded on October 19, 2019. The Vigo County Commissioners reviewed and approved bids on October 22, 2019. Construction of the new Jail is to begin in December. The Jail construction timeline is:

| DESCRIPTION | TIMEFRAME |
|---|---|
| Start of Construction | 12/02/19 |
| Site Access and Erosion Control | 12/02/19 to 1/02/20 |
| Site work & Underground Utilities | 12/27/19 to 7/30/20 |
| Building Construction (Area C) | 3/31/20 to 5/06/21 |
| Building Construction (Area A) | 5/12/20 to 11/9/20 |

| | |
|---|---|
| Building Construction (Area B) | 5/12/20 to 6/17/21 |
| Building Construction (Area E) | 6/04/20 to 9/09/21 |
| Site Finishes & Punch List | 3/10/21 to 9/9/21 |
| Final Cleaning & Training | 10/21/22 to 12/2/21 |
| Complete Construction | 12/02/21 |

## STAFFING

The Vigo County Sheriff's Department ("Sheriff's Department") employed 57 full-time and 5 part-time correctional officers on October 30, 2019. The number of full-time correctional officers will increase to 62 by November 15, 2019. The Jail will also employ 9 part-time correctional officers within the next two weeks.

The Sheriff's Department has received 66 applications for full-time and 6 applications for part-time correctional officer positions in October. Interviews with correctional officer candidates are scheduled the week of November 11th. The Sheriff's Department will continue to advertise and interview candidates for full and part-time correctional positions until compliance with the Court's staffing order is achieved.

## RECREATION

The Vigo County Jail recreation log for October is attached. [Dkt. 249-1] Recreation was offered 3-9 times a week from September 29, 2019 through October 26, 2019. Blocks were offered the minimum recreation of 3 times a week only twice in the last month. Recreation was offered to cellblocks 6 to 9 times a week 28 times in the past 30 days.

## WELLNESS CHECKS

Wellness checks are conducted by correctional officers in each cellblock hourly.  Correctional officers monitor inmates on suicide watch every 15 minutes.

## INMATE BREAKDOWN

The Jail's September 30, 2019 inmate population was inaccurate.  The population was reported as 359 inmates when the actual number incarcerated was 326.  Vigo County had 33 inmates housed in other counties at the end of last month and were incorrectly included in the Jail population.

The Jail had 289 inmates on October 30, 2019. Vigo County has 33 inmates incarcerated in other Indiana jails. The total number of inmates incarcerated in the Jail and at other county jails was 322.  Classification of inmates in the Jail and those housed outside of Vigo County are as follows:

| Classification | Number |
| --- | --- |
| Pre-trial detainees | 295 |
| Sentenced to Vigo County Jail | 4 |
| Sentenced to Jail by TH City Court | 1 |
| Hold only (Indiana) | 1 |
| Sentenced to Vigo Co. Comm. Corrections | 1 |
| Sentenced to the Department of Correction | 11 |
| Parole hold (Indiana) | 6 |
| Returned to Vigo County Jail for sentence modification | <u>3</u> |
| TOTAL | 322 |

# INMATE INCIDENTS

There were 4 inmate altercations in October. A summary of the inmate altercations was emailed to class counsel on October 31, 2019.

        WILKINSON, GOELLER, MODESITT,
          WILKINSON & DRUMMY, LLP
        333 Ohio Street
        Terre Haute, Indiana 47807
        DPFriedrich@wilkinsonlaw.com
        (812) 917-2815 phone
        (812) 235-5107 fax

By:/s/ David P. Friedrich
     David P. Friedrich
     Attorney No. 15164-84

# CERTIFICATE OF SERVICE

The undersigned, attorney for Defendants, certifies that a copy of the foregoing document was served electronically to the following:

- Mr. Michael Sutherlin
- Mr. Craig M. McKee
- Mr. Michael J. Wright
- Mr. Kenneth Falk

dated this 31st day of October, 2019.

        /s/ David P. Friedrich
     David P. Friedrich
     Attorney No. 15164-84