UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JAUSTON HUERTA, ET AL
    Plaintiffs,

vs.

JOHN PLASSE, ET AL
    Defendants.

CAUSE NO. 2:16-CV-397-JMS- MJD

> Given the correction of the September jail census and the construction schedule contained herein, the parties should advised the Court by noon on November 4, 2019 whether the November 6, 2019 status conference remains necessary.
> JMS, CJ 11-1-19
> Distribution via ECF.

## DEFENDANTS MONTHLY STATUS REPORT

The Defendants, John Plasse, Individually and in his official capacity as Sheriff of Vigo County, the Vigo County Commissioners, Brad Anderson, Judy Anderson and Brendan Kearns, in their official capacity, the Vigo County Council, Aaron Loudermilk, Jim Mann, Mike Morris, Lisa Spence-Bunnett, Chris Switzer, David Thompson and Vicki Weger in their official capacity, by counsel, file their periodic status report concerning construction of a new jail, staffing, recreation, wellness checks and inmate altercations:

## CONSTRUCTION OF NEW VIGO COUNTY JAIL

Bids for construction of the new Vigo County Jail ("Jail") were awarded on October 19, 2019. The Vigo County Commissioners reviewed and approved bids on October 22, 2019. Construction of the new Jail is to begin in December. The Jail construction timeline is:

| DESCRIPTION | TIMEFRAME |
|---|---|
| Start of Construction | 12/02/19 |
| Site Access and Erosion Control | 12/02/19 to 1/02/20 |
| Site work & Underground Utilities | 12/27/19 to 7/30/20 |
| Building Construction (Area C) | 3/31/20 to 5/06/21 |
| Building Construction (Area A) | 5/12/20 to 11/9/20 |