UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JAUSTON HUERTA, et al
    Plaintiffs,

        vs.                      CAUSE NO. 2:16-CV-397-JMS- MJD

JOHN PLASSE, et al
    Defendants.

## ORDER VACATING STATUS CONFERENCE

    The Plaintiffs, Jauston Huerta et al., by counsel, and the Defendants, John Plasse, Individually and in his official capacity as Sheriff of Vigo County, the Vigo County Commissioners, Brad Anderson, Judy Anderson and Brendan Kearns, in their official capacity, the Vigo County Council, Aaron Loudermilk, Jim Mann, Mike Morris, Lisa Spence-Bunnett, Chris Switzer, David Thompson and Vicki Weger in their official capacity, by counsel, having filed their Joint Motion to Vacate the November 6, 2019 Status Hearing and the Court, being duly advised, now GRANTS the motion.

    The November 6, 2019 Status Hearing is VACATED.  The Defendants next monthly Status Report is due on November 29, 2019

    ORDERED this \_\_\_\_ day of November, 2019.

_____
U. S. District Judge/U. S. Magistrate Judge

**Distribute to:**

Mr. Michael Sutherlin

Mr. Craig M. McKee

Mr. Michael J. Wright

Mr. Kenneth Falk

Mr. David P. Friedrich