UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JAUSTON HUERTA, ET AL
    Plaintiffs,

        vs.                              CAUSE NO. 2:16-CV-397-JMS- MJD

JOHN PLASSE, ET AL
    Defendants.

## DEFENDANTS MONTHLY STATUS REPORT

The Defendants, John Plasse, individually and in his official capacity as Sheriff of Vigo County, the Vigo County Commissioners, Brad Anderson, Judy Anderson and Brendan Kearns, in their official capacity, the Vigo County Council, Aaron Loudermilk, Jim Mann, Mike Morris, Lisa Spence-Bunnett, Chris Switzer, David Thompson and Vicki Weger in their official capacity, by counsel, file their periodic status report concerning construction of a new jail, staffing, recreation, wellness checks and inmate altercations:

## CONSTRUCTION OF NEW VIGO COUNTY JAIL

The sanitary main and concrete footers for the Jail are complete. Masonry walls and underground utilities including electrical and plumbing are under construction.

## STAFFING

The Vigo County Sheriff's Department ("Sheriff's Department") employed 60 full-time and 6 part time correctional officers on June 30, 2020. Full and part-time correctional officer interviews are scheduled in July.

## RECREATION

The Vigo County Jail recreation log for June is attached. [Dkt. 274-1] Recreation was offered 6 to 8 times a week to most housing blocks. A block and J pod are the Covid-19 quarantine cellblocks. Trustees clean and disinfect the recreation area pursuant to CDC guidelines prior to each cellblock entering to prevent inmates from contracting and spreading Covid-19.

## WELLNESS CHECKS

Correctional officers conduct inmate wellness checks every 60 minutes. Inmates on suicide watch are monitored every 15 minutes. The temperature of each inmate booked into the jail is taken to check for Covid-19 symptoms. Inmates booked into the jail are housed in A block and J pod initially to prevent an outbreak if one or more inmates was or becomes positive for the virus.

The medical staff also checks inmates for symptoms to prevent and contain the spread of the virus. Trustees continue to use disinfectant wipes and similar cleaning products on door handles and other hard surfaces.

## INMATE BREAKDOWN

The inmate population at the Jail on June 30, 2020 was 280. Vigo County had 38 inmates housed in other counties at the end of June. The total inmate population on June 30, 2020 was 318.

Classification of inmates housed in the Vigo County Jail and other counties on June 30, 2020 is as follows:

| **Classification** | **Number** |
|---|---|
| Pre-trial detainees | 291 |

| | |
|---|---|
| Sentenced to Vigo County Jail | 4 |
| Indiana county holds | 7 |
| Sentenced by TH City Court | 1 |
| Sentenced to the Department of Correction | 12 |
| Sentenced to Vigo Co. Comm. Corrections | 1 |
| Sentence modification | <u>2</u> |
| TOTAL | 318 |

## INMATE INCIDENTS

There were 8 inmate altercations from June 3 to June 26, 2020. An inmate altercation summary was emailed to class counsel on June 30, 2020.

> WILKINSON, GOELLER, MODESITT,
>   WILKINSON & DRUMMY, LLP
> 333 Ohio Street
> Terre Haute, Indiana 47807
> DPFriedrich@wilkinsonlaw.com
> (812) 917-2815 phone
> (812) 235-5107 fax
>
> By:/s/ David P. Friedrich
>   David P. Friedrich
>   Attorney No. 15164-84

## CERTIFICATE OF SERVICE

The undersigned, attorney for Defendants, certifies that a copy of the foregoing document was served electronically to the following:

Mr. Michael Sutherlin
Mr. Craig M. McKee
Mr. Michael J. Wright
Mr. Kenneth Falk

dated this 30th day of June, 2020.

> /s/ David P. Friedrich
>   David P. Friedrich
>   Attorney No. 15164-84