UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JAUSTON HUERTA, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00397-JMS-MJD |
| | ) | |
| JOHN PLASSE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiffs, having filed their Motion for Further Status Report to Address COVID-19 and the Vigo County Jail, and the Court having read the filing and being duly advised, finds that good cause exists to order the status report [286], and,

IT IS THEREFORE ORDERED that the defendants shall file a status report no later than December 22, 2020, in which report they must address:

- the number of prisoners who have been infected with the disease, including where infected prisoners are housed in the Jail;

- what type of medical attention have those prisoners received and what will be received in the future if changes are being made in treatment protocols;

- the specific steps being taken to protect prisoners who are not infected, including where noninfected prisoners are being housed in the Jail;

- the results of the Board of Health visit to the Jail, its recommendations, and the steps being taken to implement the recommendations;

- any and all COVID-19 protocols currently in place at the Jail;

- whether or not any prisoners have been transported to hospitals for emergency care or special treatment related to the coronavirus or its symptoms;

- all other pertinent issues relating to the disease and the Jail's population.

IT IS FURTHER ORDERED that the above information shall be incorporated into all future status reports.

Date: 12/15/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

To:     All ECF-registered counsel of record