UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAUSTON HUERTA, | ) |
| THOMAS BOLTON, JR., | ) |
| CURTIS GILLIE, | ) |
| CARL SHERB, | ) |
| DEREK HICKS, | ) |
| DURAND RANDLE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:16-cv-00397-JMS-MJD |
| | ) |
| JOHN PLASSE, | ) |
| VIGO COUNTY COMMISSIONERS, | ) |
| VIGO COUNTY COUNCIL, | ) |
| BRAD ANDERSON, | ) |
| JUDY ANDERSON, | ) |
| BRENDAN KEARNS, | ) |
| MIKE MORRIS, | ) |
| AARON LOUDERMILK, | ) |
| JIM MANN, | ) |
| LISA SPENCER-BUNNETT, | ) |
| CHRIS SWITZER, | ) |
| DAVID THOMPSON, | ) |
| VICKI WEGER, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The court acknowledges receipt of the Defendants' report [288] concerning the COVID-19 outbreak at the Vigo County Jail. The Court Orders the Defendants to respond to the following additional questions on or before December 30, 2020:

1. What COVID-19 screening, testing, or quarantining is done when a new inmate is confined to the VCJ?

2. What screening, or testing is performed on jail staff?

3. What did the Indiana State Department of Health recommend, if anything, with respect to preventing transmission of COVID-19 by jail staff?

4. Are the ISDH's recommendations being followed?

Date: 12/21/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

David P. Friedrich
WILKINSON GOELLER MODESITT WILKINSON AND DRUMMY
dpfriedrich@wilkinsonlaw.com

Craig Morris McKee
WILKINSON, GOELLER, MODESITT, WILKINSON & DRUMMY
cmmckee@wilkinsonlaw.com

Michael K. Sutherlin
MICHAEL K. SUTHERLIN & ASSOCIATES, PC
msutherlin@gmail.com

Michael James Wright
MICHAEL J. WRIGHT, ATTORNEY AT LAW
wrightlawfirm812@gmail.com