UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JAUSTON HUERTA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-397-JMS-MJD |
| | ) | |
| JOHN PLASSE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiffs, having filed their Motion for Settlement Conference to Discuss Status of Jail and the Pandemic, and the Court having read the motion and being duly advised finds that good cause exists to grant the motion, and

IT IS THEREFORE ORDERED that this matter will be set for a conference by separate order of the Court.

_____        _____
Date                  Chief Judge, United States District Court


To:   All ECF-registered counsel of record

[1]