UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JAUSTON HUERTA, ET AL
    Plaintiffs,

       vs.                      CAUSE NO. 2:16-CV-397-JMS- MJD

JOHN PLASSE, ET AL
    Defendants.

## DEFENDANTS RESPONSE TO COURT'S DECEMBER 21, 2020 ORDER

The Defendants, John Plasse, individually and in his official capacity as Sheriff of Vigo County, the Vigo County Commissioners, Brad Anderson, Judy Anderson and Brendan Kearns, in their official capacity, the Vigo County Council, Aaron Loudermilk, Jim Mann, Mike Morris, Lisa Spence-Bunnett, Chris Switzer, David Thompson and Vicki Weger in their official capacity, by counsel, file this response to the Court's December 21, 2020 order [Dkt. 289].

1. **What Covid-19 screening , testing, or quarantining is done when a new inmate is confined to the VCJ?**

Each inmate booked in the Jail is quarantined for two weeks before being released into the general population.  The Jail has followed this procedure for several months. Quarantined inmates are offered a Covid-19 test prior to transfer to the general population. Inmates who refuse a Covid-19 test are quarantined for three weeks prior to
transfer to the general population.

2. **What screening, or testing is performed on jail staff?**

Temperatures of staff are taken each day as they enter the Jail.  Jail staff are questioned daily about Covid-19 related symptoms and if they or a family member have symptoms or been exposed to someone who is positive or has virus related symptoms.  The medical staff may require an employee be tested before entering the Jail based on the answers to the Covid-19 questions.

3. **What did the Indiana State Department of Health recommend , if anything, with respect to preventing transmission of Covid-19 by jail staff?**

The Indiana Department of Health and other agencies participating in a recent conference call recommended jail staff who previously tested positive work around inmates who have also tested

positive. Staff who have tested negative are to supervise inmates who have tested negative. Staff testing positive will not return to work until cleared by a doctor or the Vigo County Health Department.

**The results of the Board of Health visit to the Jail, its recommendations, and the steps being taken to implement the recommendations:**

The Jail was following the Department of Health's recommendations concerning staff and inmate questions/temperatures, quarantining of inmates, cleaning of common areas and individual cells. The Jail has implemented the Department of Health's recommendation that staff previously testing positive work with inmates who have tested positive while staff testing negative supervise inmates testing negative.

> WILKINSON, GOELLER, MODESITT,
>   WILKINSON & DRUMMY, LLP
> 333 Ohio Street
> Terre Haute, Indiana  47807
> DPFriedrich@wilkinsonlaw.com
> (812)  917-2815 phone
> (812)  235-5107 fax
>
> By:/s/ David P. Friedrich
>         David P. Friedrich
>         Attorney No. 15164-84

## CERTIFICATE OF SERVICE

The undersigned, attorney for Defendants, certifies that a copy of the foregoing document was served electronically to the following:

Mr. Michael Sutherlin
Mr. Craig M. McKee
Mr. Michael J. Wright
Mr. Kenneth Falk

dated this 29th day of December, 2020

> /s/ David P. Friedrich
>     David P. Friedrich
>     Attorney No. 15164-84