UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JAUSTON HUERTA, ET AL
                Plaintiffs,

       vs.                              CAUSE NO. 2:16-CV-397-JMS- MJD

JOHN PLASSE, individually and in his official
capacity as Sheriff of Vigo County,
VIGO COUNTY COMMISSIONERS,
VIGO COUNTY COUNCIL,
BRENDAN KEARNS, in his official capacity as Vigo
County Commissioner,
MIKE MORRIS, in his official capacity as Vigo
County Commissioner,
CHRIS SWITZER, in his official capacity as Vigo
County Commissioner,
MARIE BELZILE-THEISZ, in her official capacity as Vigo
County Council Member,
AARON LOUDERMILK, in his official capacity as Vigo
County Council Member,
DONALD MORRIS, in his official capacity as Vigo
County Council Member,
TRAVIS NORRIS, in his official capacity as Vigo
County Council Member,
DAVID THOMPSON, in his official capacity as Vigo
County Council Member,
VICKI WEGER, in her official capacity as Vigo
County Council Member,
BRENDA WILSON, in her official capacity as Vigo
County Council Member,
                Defendants.

## DEFENDANT'S MONTHLY STATUS REPORT

The Defendants, John Plasse, Individually and in his official capacity as Sheriff of Vigo County, the Vigo County Commissioners, Brendan Kearns, Mike Morris and Chris Switzer in their official capacity, the Vigo County Council, Aaron Loudermilk, David Thompson, Vicki Weger, Donald Morris, Marie Belzile-Theisz, Travis Norris and Brenda Wilson, in their official capacity, by counsel, file their periodic status report concerning construction of a new jail,

staffing, recreation, wellness checks and inmate altercations:

## CONSTRUCTION OF NEW VIGO COUNTY JAIL

Jail cell installation will be finished today. Exterior wall construction is nearing completion. Painting, brick, HVAC, plumbing and electrical work continue.

## STAFFING

The Vigo County Sheriff's Department ("Sheriff's Department") employs 53 full-time and 5 part-time correctional officers. Two full-time correctional officers have accepted job offers and will begin work in June increasing the number of correctional officers to 60. The Sheriff's Department has advertised with Ivy Tech State College, Indiana State University and St. Mary-of-the-Woods College for the correctional officer vacancies. Correctional officer positions are posted on Facebook and interviews for full and part-time correctional officer positions resume next week.

## RECREATION

Recreation continues to be suspended following last year's Covid-19 outbreak. The indoor recreation area houses trustees while the trustee cellblock separates quarantined inmates from the rest of the population pursuant to Indiana State Board of Health recommendations. Quarantined inmates are housed in three cellblocks. Recreation will resume when there are no further outbreaks and there is sufficient space to separate quarantined inmates from the rest of the population without use of the indoor recreation area. The Sheriff's Department anticipates resuming recreation later this year if the Covid-19 crisis continues to improve.

## WELLNESS CHECKS

Correctional officers perform wellness checks on inmates every 60 minutes. Inmates on suicide watch are monitored every 15 minutes. Rapid Covid-19 tests are performed and

temperatures are taken of all inmates booking into the Jail. Inmates with positive tests are quarantined in isolation cells. Inmates testing negative are quarantined for 2 weeks when booking into the Jail. The quarantine period extends to 3 weeks when an inmate refuses a Covid-19 test prior to transfer to the general population.

Jails staff remain home if they are not feeling well or have symptoms. Jail staff testing positive may not return to work until cleared by the Vigo County Board of Health or a physician. The medical staff monitors inmates regularly for symptoms to prevent another outbreak. Inmates with Covid-19 related symptoms are prescribed Tylenol.

## INMATE BREAKDOWN

The Jail inmate population on May 26, 2021 was 295. Vigo County had 44 inmates housed in other counties at the end of May. The total inmate population on May 26, 2021 was 339.

The following is the classification of inmates incarcerated in the Vigo County Jail and other counties on May 26, 2021:

| Classification | Number |
|---|---|
| Pre-trial detainees | 316 |
| Sentenced to Vigo County Jail | 2 |
| Indiana holds | 1 |
| Out of state holds | 2 |
| Parole holds | 2 |
| Sentenced to the Department of Correction | 13 |
| Sentenced to Vigo Co. Comm. Corrections | 2 |
| Sentence modification | 1 |

      TOTAL        339

## INMATE ALTERCATIONS

There were 8 inmate altercations from April 29 to May 26, 2021.  A summary of the inmate altercations was emailed to class counsel earlier today.

        WILKINSON, GOELLER, MODESITT,
         WILKINSON & DRUMMY, LLP
        333 Ohio Street
        Terre Haute, Indiana  47807
        (812)  917-2815 phone
        (812)  235-5107 fax

        By:/s/ David P. Friedrich
          David P. Friedrich
          Attorney No. 15164-84

## CERTIFICATE OF SERVICE

The undersigned, attorney for Defendants, certifies that a copy of the foregoing document was served electronically to the following:

 Mr. Craig M. McKee
 Mr. Michael J. Wright
 Mr. Kenneth Falk

dated this 28th day of  May, 2021.

        /s/ David P. Friedrich
         David P. Friedrich
         Attorney No. 15164-84