UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAUSTON HUERTA, *individually and on behalf of present and future inmates of Vigo County Jail*, ET AL., </br></br>                      *Plaintiffs*, </br></br> vs. </br></br> JOHN PLASSE, *individually and in his official capacity as Sheriff of Vigo County*, ET AL., </br></br>                      *Defendants*. | No. 2:16-cv-00397-JMS-MJD |

## ORDER

Plaintiffs in this case have brought various constitutional claims related to overcrowding at the Vigo County Jail. On August 16, 2022, Plaintiffs filed a Motion for the Court to Invite Stakeholders to Confer Concerning the Population of the Vigo County Jail, in which they outline their concern that the new Vigo County Jail, which is set to open soon, will also eventually be overcrowded. [Filing No. 439.] Plaintiffs request that the Court "invite persons who are stakeholders in the Vigo County criminal justice system to discuss that system in order to determine if the stakeholders have ideas as to potential methods of controlling the population of the Vigo County Jail." [Filing No. 439 at 5.]

The Court finds Plaintiffs' concerns about the possibility of overcrowding at the new Jail to be well-taken, and also recognizes that overcrowding may become unavoidable – and, consequently, require further Court intervention – if systemic changes are not made. Accordingly, the Court **GRANTS** Plaintiffs' Motion for the Court to Invite Stakeholders to Confer Concerning the Population of the Vigo County Jail, [439], to the extent that it finds it prudent to attempt to convene a meeting of relevant stakeholders to discuss ideas for systemic changes that may have a

positive impact on controlling the population at the new Jail and will attempt to convene such a meeting. If the Court's attempt to schedule the meeting is successful, the parties will be required to attend.

Date: 9/16/2022

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**