UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JAUSTON HUERTA, ET AL
            Plaintiffs,

vs.                          CAUSE NO. 2:16-CV-397-JMS- MJD

JOHN PLASSE, individually and in his official
capacity as Sheriff of Vigo County,
VIGO COUNTY COMMISSIONERS,
VIGO COUNTY COUNCIL,
Mark Clinkenbeard, in his official capacity as Vigo
County Commissioner,
MIKE MORRIS, in his official capacity as Vigo
County Commissioner,
CHRIS SWITZER, in his official capacity as Vigo
County Commissioner,
MARIE BELZILE-THEISZ, in her official capacity as Vigo
County Council Member,
AARON LOUDERMILK, in his official capacity as Vigo
County Council Member,
R TODD THACKER, in his official capacity as Vigo
County Council Member,
TRAVIS NORRIS, in his official capacity as Vigo
County Council Member,
DAVID THOMPSON, in his official capacity as Vigo
County Council Member,
VICKI WEGER, in her official capacity as Vigo
County Council Member,
Nancy Allsup, in her official capacity as Vigo
County Council Member,
                                                Defendants.

## **DEFENDANT'S MONTHLY STATUS REPORT**

The Defendants, John Plasse, Individually and in his official capacity as Sheriff of Vigo County, the Vigo County Commissioners, Mark Clinkenbeard, Mike Morris and Chris Switzer in their official capacity, the Vigo County Council, Aaron Loudermilk , David Thompson, Vicki Weger, R. Todd Thacker, Marie Belzile-Theisz,, Travis Norris and Nancy Allsup in their official capacity, by counsel, file their periodic status report concerning the new jail, staffing, recreation,

wellness checks and inmate altercations:

## CONSTRUCTION OF NEW VIGO COUNTY JAIL

Inmates have occupied the new Jail for the past four months. Construction and building-related issues are addressed as they arise.

## STAFFING

The Sheriff's Department employed 65 full-time and 7 part-time correctional officers on January 31, 2023. A full-time correctional officer starts work later this month. Interviews are scheduled and background checks performed as applications are received.

## RECREATION

Recreation is offered to each inmate daily at the new Vigo County Jail.

## WELLNESS CHECKS

Inmates in the general population are checked every 60 minutes while inmates on suicide watch are monitored every 15 minutes Temperatures are taken and rapid Covid-19 tests continue to be administered to all inmates booking into the Jail. Inmates testing positive are moved to isolation cells while those with negative tests are quarantined for 2 weeks. Inmates refusing a Covid-19 test are quarantined for 3 weeks prior to transfer to the general population.

Staff testing positive remain off work until symptom free and are told to stay home if experiencing Covid-19 symptoms or not feeling well. The Medical Department regularly monitors inmates for virus symptoms and Covid-19 variants.

## INMATE BREAKDOWN

The Jail inmate population on January 31, 2023, was 365. Vigo County had 50 inmates housed in other counties at the end of January. The total inmate population on January 31st was 415.

The following is the classification of inmates incarcerated in the Vigo County Jail and other counties on January 31, 2023:

| Classification | Number |
|---|---|
| Pre-trial detainees | 396 |
| Sentenced to the Department of Corrections | 5 |
| Sentenced to Vigo County Jail | 6 |
| Out of county holds | 5 |
| Out of state holds | <u>3</u> |
| TOTAL | 415 |

## INMATE ALTERCATIONS

There were 8 inmate altercations from January 1 to January 26, 2023. A summary of the inmate altercations was emailed to class counsel on January 31, 2023.

> WILKINSON, GOELLER, MODESITT,
>   WILKINSON & DRUMMY, LLP
> 333 Ohio Street
> Terre Haute, Indiana 47807
> (812) 917-2815 phone
> (812) 235-5107 fax
>
> By:/s/ David P. Friedrich
>        David P. Friedrich
>        Attorney No. 15164-84

## CERTIFICATE OF SERVICE

The undersigned, attorney for Defendants, certifies that a copy of the foregoing document was served electronically to the following on January 31, 2023:

Mr. Craig M. McKee
Mr. Michael J. Wright
Mr. Kenneth Falk