UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JAUSTON HUERTA, | ) | |
| THOMAS BOLTON, JR., | ) | |
| CURTIS GILLIE, | ) | |
| CARL SHERB, | ) | |
| DEREK HICKS, | ) | |
| DURAND RANDLE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-00397-JMS-MJD |
| | ) | |
| JOHN PLASSE, | ) | |
| VIGO COUNTY COMMISSIONERS, | ) | |
| VIGO COUNTY COUNCIL, | ) | |
| MARIE BELZILE-THEISZ, | ) | |
| R. TODD THACKER, | ) | |
| MIKE MORRIS, | ) | |
| AARON LOUDERMILK, | ) | |
| TRAVIS NORRIS, | ) | |
| CHRIS SWITZER, | ) | |
| DAVID THOMPSON, | ) | |
| VICKI WEGER, | ) | |
| MARK CLINKENBEARD, | ) | |
| NANCY ALLSUP, | ) | |
| | ) | |
| Defendants. | ) | |

## MINUTE ENTRY

On March 15, 2023, the Court held a telephonic status conference in this matter. Plaintiffs were present by counsel Kenneth Falk. Defendant Sheriff John Plasse was present by counsel Craig Mckee and David Friedrich. The remaining Defendants were present by counsel David Friedrich.

The parties discussed case status and local efforts to improve case processing to reduce the jail population. An additional telephonic status conference is set for **April 27, 2023** at **11:00 a.m.**

Call-in information will be provided by separate entry.

Date: 3/17/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

David P. Friedrich
WILKINSON GOELLER MODESITT WILKINSON AND DRUMMY
dpfriedrich@wilkinsonlaw.com

Craig Morris McKee
WILKINSON, GOELLER, MODESITT, WILKINSON & DRUMMY
cmmckee@wilkinsonlaw.com

Michael K. Sutherlin
MICHAEL K. SUTHERLIN & ASSOCIATES, PC
msutherlin@gmail.com

Michael James Wright
MICHAEL J. WRIGHT, ATTORNEY AT LAW
wrightlawfirm812@gmail.com