UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JAUSTON HUERTA, ET AL
    Plaintiffs,

  vs.           CAUSE NO. 2:16-CV-397-JMS- MJD

JOHN PLASSE, individually and in his official
capacity as Sheriff of Vigo County,
VIGO COUNTY COMMISSIONERS,
VIGO COUNTY COUNCIL,
Mark Clinkenbeard, in his official capacity as Vigo
County Commissioner,
MIKE MORRIS, in his official capacity as Vigo
County Commissioner,
CHRIS SWITZER, in his official capacity as Vigo
County Commissioner,
MARIE BELZILE-THEISZ, in her official capacity as Vigo
County Council Member,
AARON LOUDERMILK, in his official capacity as Vigo
County Council Member,
R TODD THACKER, in his official capacity as Vigo
County Council Member,
TRAVIS NORRIS, in his official capacity as Vigo
County Council Member,
DAVID THOMPSON, in his official capacity as Vigo
County Council Member,
VICKI WEGER, in her official capacity as Vigo
County Council Member,
Nancy Allsup, in her official capacity as Vigo
County Council Member,
              Defendants.

## DEFENDANT'S MONTHLY STATUS REPORT

The Defendants, John Plasse, Individually and in his official capacity as Sheriff of Vigo County, the Vigo County Commissioners, Mark Clinkenbeard, Mike Morris and Chris Switzer in their official capacity, the Vigo County Council, Aaron Loudermilk , David Thompson, Vicki Weger, R. Todd Thacker, Marie Belzile-Theisz,, Travis Norris and Nancy Allsup in their official capacity, by counsel, file their periodic status report concerning the new jail, staffing, recreation,

wellness checks and inmate altercations:

## CONSTRUCTION OF NEW VIGO COUNTY JAIL

Inmates have occupied the new Jail since November 2022. Issues with new construction are addressed as they arise.

## STAFFING

The Sheriff's Department employed 67 full-time and 8 part-time correctional officers on March 31, 2023.  A part-time correctional officer starts work on April 5th while a full-time correctional officer's employment begins on April 10th.  Interviews are conducted weekly and background checks are performed and interviews scheduled as applications are received.

## RECREATION

Recreation has been offered to each inmate daily since the new Vigo County Jail opened in November 2022

## WELLNESS CHECKS

Inmates in the general population are checked every 60 minutes while inmates on suicide watch are monitored by correctional officers every 15 minutes.   Inmates booking into the Jail are quarantined for five (5) days and typically given a PCR test on day six (6).  Inmates testing positive are quarantined for (10) days. Inmates refusing a Covid-19 test are quarantined for 2 weeks and the Vigo County Health Department is consulted about how the inmate should be treated prior to transfer to the general population.

Staff with positive tests continue to remain off work until symptom free and instructed to stay home if experiencing symptoms or not feeling well.  The Medical Department monitors inmates regularly for virus symptoms and Covid-19 variants.

## **INMATE BREAKDOWN**

The Jail inmate population on March 31, 2023, was 323. Vigo County had 46 inmates housed in other counties at the end of March. The total inmate population on March 31st was 369.

The following is the classification of inmates incarcerated in the Vigo County Jail and other counties on March 31, 2023:

| **Classification** | **Number** |
|---|---|
| Pre-trial detainees | 352 |
| Sentenced to the Department of Corrections | 3 |
| Sentenced to Vigo County Jail | 3 |
| Sentenced to VC. Community Corrections | 2 |
| Sentence modifications | 2 |
| Out of state holds | 3 |
| Out of county holds | <u>4</u> |
| TOTAL | 369 |

## **INMATE ALTERCATIONS**

There were 8 inmate altercations from March 8 to March 25, 2023. A summary of the inmate altercations was emailed to class counsel on April 4, 2023.

> WILKINSON, GOELLER, MODESITT,
>   WILKINSON & DRUMMY, LLP
> 333 Ohio Street
> Terre Haute, Indiana 47807
> (812) 917-2815 phone
> (812) 235-5107 fax
>
> By: /s/ David P. Friedrich
>     David P. Friedrich
>     Attorney No. 15164-84

**CERTIFICATE OF SERVICE**

The undersigned, attorney for Defendants, certifies that a copy of the foregoing document was served electronically to the following on April 4, 2023:

Mr. Craig M. McKee
Mr. Michael J. Wright
Mr. Kenneth Falk